IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DAN R. ANGELL,

    Plaintiff,

vs.                                                    CASE NO. 5:04CV427-MMP/AK

DISCOVER BANK, et al,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

By Order dated July 15, 2005, Plaintiff's motion for leave to proceed in forma pauperis was denied because he reported sufficient income to pay the full filing fee, which he was ordered to pay on or before July 29, 2005. (Doc. 5). The Court also noted serious deficiencies in the claims raised in the complaint. (Doc. 5). In an Order dated August 31, 2005, Plaintiff was ordered to show cause on or before September 16, 2005, why his case should not be dismissed for failure to submit the filing fee. (Doc. 6). Plaintiff was specifically warned that a recommendation would be made that this case be dismissed if there was a failure to comply with that order. (Doc. 6). As of this date there has been no response.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute.  <u>Link v. Wabash Railroad</u>, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962).  Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order.  Plaintiff has failed to comply with two orders of this Court.  Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Gainesville, Florida, this __29th__ day of September, 2005.

　　　　　　　s/ A. KORNBLUM
　　　　　　　**ALLAN KORNBLUM**
　　　　　　　**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

No. 5:04cv427-MMP/AK