IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DAN ANGELL,

    Plaintiff,

vs.                                         5:04-CV-427-SPM

DISCOVER BANK, *et al.*,

    Defendants.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND DISMISSING CASE**

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 7) filed September 29, 2005.  The parties have been furnished a copy and have been afforded an opportunity to file objections.  No objections were filed.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.    The magistrate judge's report and recommendation (doc. 7) is adopted and incorporated by reference in this order.

2. This case is dismissed without prejudice.

**DONE AND ORDERED** this thirty-first day of October, 2005.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

/pao